UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW ELSHAUG,<br><br>Defendant. | Case No. CR14-136RSL<br><br>ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE |

This matter comes before the Court on defendant's "Second Motion for Early Termination of Supervised Release" (Dkt. # 203). The Court, having reviewed the motion, the Government's opposition, and the record herein, as well as the factors set forth in 18 U.S.C. § 3553(a), GRANTS defendant's motion.

Mr. Elshaug initially moved for early termination of supervised release on June 22, 2023. Dkt. # 199. The Court denied Mr. Elshaug's motion but indicated that if Mr. Elshaug continued to comply with the conditions of his supervised release without violations through June 2024, it would consider terminating supervision at that time. Dkt. # 202. On July 1, 2024, Mr. Elshaug violated his supervision by travelling outside the district without prior approval from Probation. Dkt. # 204. Mr. Elshaug apologized and took responsibility for the violation. *Id.*

Notwithstanding his most recent violation, Mr. Elshaug has maintained strong performance on supervision, and the Court, after weighing Section 3553(a) factors, is now satisfied that termination of supervised release is warranted by the conduct of the defendant and in the interest of justice. *See* 18 U.S.C. §§ 3583(e)(1), 3553(a).

ORDER GRANTING EARLY TERMINATION OF
SUPERVISED RELEASE - 1

For all of the foregoing reasons, IT IS HEREBY ORDERED that defendant's motion for early termination of supervised release (Dkt. # 203) is GRANTED.

DATED this 1st day of August, 2024.

Robert S. Lasnik
United States District Judge

ORDER GRANTING EARLY TERMINATION OF
SUPERVISED RELEASE - 2